### THE CINCINNATI AND CHICAGO RAILROAD COMPANY *v.* CALVERT.

APPEAL from the *Madison* Circuit Court. *Friday, December 16.*
*Per Curiam.*—Suit by the appellee against the appel-
lants, and judgment by default.  The record recites that it
was proven to the satisfaction of the Court, that process

Nov. Term, 1859.

THE NEW ALBANY, &C., RAILRO'D CO. v. COMBS.

had been duly served on the defendants, but contains no copy of the summons or return. This was insufficient. *The New Albany, &c., Railroad Co.* v. *Welsh*, 9 Ind. R. 479. But no motion was made, or other steps taken, in the Court below, to set aside the judgment. This was necessary in order to entitle the appellants to bring the case to this Court. *Harlan* v. *Edwards*, at the present term (1).

The appeal is dismissed with costs.

*W. Z. Stuart*, for the appellants.

(1) *Ante*, 430.